UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11-00872-CR-LTS

UNITED STATES OF AMERICA.

    Plaintiff,

vs.

MICHAEL KATZ,
CHRISTOPHER FARDELLA,

    Defendants.
_____/

NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT, CHRISTOPHER FARDELLA'S SENTENCING MEMORANDUM IN SUPPORT OF ALTERNATE SENTENCING

COMES NOW the Defendant, CHRISTOPHER FARDELLA and files the attached letters in support of Defendant FARDELLA'S Sentencing Memorandum in Support of Alternate Sentencing.

    *s:/ James S. Benjamin*
    JAMES S. BENJAMIN, ESQ.
    Benjamin & Aaronson, P.A.
    Counsel for Christopher Fardella
    One Financial Plaza; Suite 1615
    Fort Lauderdale, Florida 33394
    Telephone: (954) 779-1700
    Facsimile:  (954) 779-1771